UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 10-174 (EGS) |
| : | |
| v. : | |
| : | |
| HOSSEIN A. LARIJANI; : | |
| WONG YUH LAN (a/k/a "Jancy : | |
| Wong"); : | |
| PAYA ELECTRONICS COMPLEX; : | |
| OPTO ELECTRONICS PTE, LTD.; : | |
| LIM YONG NAM (a/k/a "Steven Lim"); : | |
| NEL ELECTRONICS PTE, LTD.; : | |
| LIM KOW SENG (a/k/a "Eric Lim," : | |
| a/k/a "James Wong"); : | |
| HIA SOO GAN BENSON (a/k/a "Benson : | |
| Hia," a/k/a "Thomas Yan"); and : | |
| COREZING INTERNATIONAL PTE, : | |
| LTD., : | |
| : | |
| Defendants. : | |

## ORDER TO UNSEAL SUPERSEDING INDICTMENT

Having considered the Government's Motion and Supporting Memorandum to Unseal Criminal Indictment ("Motion to Unseal"), and for good cause stated therein, the Court orders that the motion is

GRANTED, and it is hereby

ORDERED that, in the above-captioned matter, the Superseding Indictment returned by the Grand Jury on September 15, 2010, shall be unsealed by the Clerk of the Court.

It is FURTHER ORDERED that all other filings in this matter shall remain under seal pending further order of the Court.

Date: 10/24/11

UNITED STATES DISTRICT JUDGE

cc: Anthony Asuncion
John W. Borchert
Assistant United States Attorneys
National Security Section
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7811
John.Borchert@usdoj.gov