AO 442 (Rev. 01/09) Arrest Warrant

Fd# 1922646

**SEALED**

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

United States of America
v.
Lim Kow Seng (aka "Eric Lim", "James Wong")

Defendant

Case No. CR-10-174

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Lim Kow Seng (aka "Eric Lim", "James Wong") ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 (Conspiracy to Defraud the United States); 18 U.S.C. § 554 (Smuggling); 50 U.S.C. § 1705 (Illegal Exports to Iran and Attempted Illegal Exports to Iran); 18 U.S.C. § 1001 (False Statement); 22 U.S.C. § 2778 (Illegal Exports of Defense Articles and Attempted Illegal Exports of Defense Articles); 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done).

**FILED**
DEC 21 2012
Clerk, U.S. District and
Bankruptcy Courts

Date: 06/23/2010

City and state: Washington, D.C.

*Issuing officer's signature*

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

*Printed name and title*

| Return |
|---|
| This warrant was received on (date) 6/24/10 , and the person was ~~arrested~~ received on (date) 12/21/12 at (city and state) _____ |
| Date: 12/21/12                    *Arresting officer's signature* Receiving |
| Scott Drzyzga                    *Printed name and title* |