**SEALED**

# WARRANT FOR ARREST

11ddT042  CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 10 CR 174-08 | MAGIS. NO: |
|---|---|---|
| v.<br><br>HIA SOO GAN BENSON (a/k/a "Benson Hia," a/k/a Thomas Yan") | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>HIA SOO GAN BENSON (a/k/a "Benson Hia," a/k/a Thomas Yan"), | |

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST | D/DC |
|---|---|---|---|
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | Washington, D.C. |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy
Smuggling
International Emergency Economic Powers Act
Arms Export Control Act
International Traffic in Arms Regulations
Iranian Transactions Regulations
False Statements
Obstruction of Justice
Aiding and Abetting and Causing an Act to be Done
Criminal Forfeiture

**FILED**

DEC 21 2012

Clerk, U.S. District and
Bankruptcy Courts

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 371, 18 U.S.C. § 554, 50 U.S.C. § 1705, 22 U.S.C. § 2778, 22 C.F.R. Part 120, 31 C.F.R. Part 560, 18 U.S.C. § 1001, 18 U.S.C. § 1512, 18 U.S.C. § 2, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 28 U.S.C. § 2461(c)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>Magistrate Judge Robinson | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>Magistrate Judge Robinson | DATE ISSUED:<br>SEP 15 2010 |
| CLERK OF COURT:<br>Angela D. Caesar | BY DEPUTY CLERK:<br>Mark Coates | DATE:<br>SEP 15 2010 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9/24/10 | NAME AND TITLE OF ARRESTING OFFICER<br>Matthew Rangel, DUSM Receiving | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 12/21/12 | | |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |