UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, DC DIVISION


UNITED STATES OF AMERICA          §

V.                                §          CASE NO. 1:10-CR-00174-08-EGS


HIA SOO GAN BENSON                §

### DEFENDANT'S SECOND SUPPLEMENTAL
### SENTENCING MEMORANDUM

TO THE HONORABLE UNITED STATES DISTRICT JUDGE EMMET G.
SULLIVAN FOR THE DISTRICT OF COLUMBIA, WASHINGTON, DC
DIVISION:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb

Associates, P.C., on behalf of Hia Soo Gan Benson, Defendant, and respectfully

files Defendant's Second Supplemental Sentencing Memorandum.  In support, the

defense would show as follows:

## I.
### IMMIGRATION CONSEQUENCES

Mr. Benson respectfully requests this Honorable Court to enter a stipulated

judicial order of removal pursuant to 8 U.S.C. § 1228(c)(5) and paragraph 12 in the

Plea Agreement filed on June 26, 2013.

Respectfully submitted,
McNabb Associates, P.C.


/s/ Douglas C. McNabb
Douglas C. McNabb
Bar ID# TX0046
Two Allen Center
1200 Smith Street, Suite 1600
Houston, TX 77002
(713) 237-0011
(713) 583-1516 FAX

Counsel for Defendant,
Hia Soo Gan Benson


## <u>CERTIFICATE OF SERVICE</u>

I, Douglas C. McNabb, do hereby certify that on this the 16th day of September 2013, a true and correct copy of Defendant's Second Supplemental Sentencing Memorandum was filed electronically.


/s/ Douglas C. McNabb
Douglas C. McNabb
Counsel for Defendant,
Hia Soo Gan Benson