UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 2 7 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No.: 10-cr-174 (EGS) |
| | : |
| LIM YONG NAM (a/k/a "Steven Lim) | : |
| | : |
| Defendant. | : |

## NOTICE OF INTENT TO REQUEST JUDICIAL REMOVAL

NOTICE IS HEREBY GIVEN TO LIM YONG NAM ("the defendant") and to his attorney of record, Shanlon Wu, Esq., that upon conviction of the defendant for violation of Title 18 United States Code, Section 371, the United States of America shall request that the Court issue a Judicial Order of Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Dated:   Washington, D.C.
         April 24, 2017

                                    CHANNING D. PHILLIPS
                                    United States Attorney
                                    for the District of Columbia

                              By:   _____
                                    Ari Redbord
                                    Assistant United States Attorney