UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 2 7 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No.: 10-cr-174 (EGS)** |
| : | |
| **LIM YONG NAM (a/k/a "Steven Lim)** : | |
| : | |
| **Defendant.** : | |
| : | |

## FACTUAL ALLEGATIONS IN SUPPORT OF JUDICIAL REMOVAL

NOTICE IS HEREBY GIVEN TO LIM YONG NAM ("the defendant") and to his attorney of record, Shanlon Wu, Esq., that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Singapore and a citizen of Singapore.

3. The defendant was paroled into the United States at Manassas, Virginia on or about April 1, 2016.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court for the District of Columbia, of Conspiracy to Defraud the United States by Dishonest Means, in violation of 18 U.S.C. § 371.

5. The maximum term of imprisonment for a violation of Title 18 U.S.C, § 371 is five (5) years of imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States

pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA; and Section 212(a)(2)(A)(i)(I) of the INA, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Singapore after serving the imposed sentence in this matter.

Dated:     Washington, D.C.
           April 24, 2017

                                        CHANNING D. PHILLIPS
                                        United States Attorney
                                        for the District of Columbia

                              By:       _____
                                        Ari Redbord
                                        Assistant United States Attorney