UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Crim. No.: 10-cr-174 (EGS) |
| : | |
| LIM YONG NAM (a/k/a "Steven Lim)   : | **FILED** |
| : | APR 2 7 2017 |
| Defendant.   : | |
| : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## CONCURRENCE OF UNITED STATES
## IMMIGRATION AND CUSTOMS ENFORCEMENT

Based upon the applicable law and the defendant's statement, I hereby exercise the authority delegated to me by the Assistant Secretary for United States Immigration and Customs Enforcement ("ICE"), and concur in the United States Attorney's request that a stipulated judicial order of removal be granted against the defendant, pursuant to the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c)(5). I exercise this authority pursuant to the authority delegated to me by the Assistant Secretary for ICE.

Dated: MAR 2 3 2017
Washington, D.C.

for: Clark E. Settles
Special Agent in Charge
Office of the Special Agent in Charge,
Washington, D.C.
Homeland Security Investigations
U.S. Immigration and Customs Enforcement