UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Crim. No.: 10-cr-174 (EGS) |
| : | **FILED** |
| LIM YONG NAM (a/k/a "Steven Lim)  : | APR 27 2017 |
| : | Clerk, U.S. District & Bankruptcy |
| Defendant.  : | Courts for the District of Columbia |

*FORTHWITH*

ORDER OF JUDICIAL REMOVAL *UPON COMPLETION OF SENTENCE*

Upon the application of the United States of America, by Ari Redbord, Assistant United States Attorney, District for the District of Columbia; upon the Factual Allegations in Support of Judicial Removal; upon the consent of LIM YONG NAM ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Singapore and a citizen of Singapore.

3. The defendant was paroled into the United States at Manassas, Virginia on or about April 1, 2016.

4. The defendant has now been convicted in the United States District Court for the District of Columbia, of Conspiracy to Defraud the United States by Dishonest Means, in violation of Title 18 U.S.C. § 371.

5. The maximum term of imprisonment for a violation of 18 U.S.C. § 371 is five (5) years of imprisonment.

6. The defendant is subject to removal from the United States pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA; and Section 212(a)(2)(A)(i)(I) of the INA, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Singapore after serving the sentence imposed by this Court.

Dated: 4/27/17
Washington, D.C.

_____
THE HONORABLE
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE